# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3286
Lower Tribunal No. 1995-DR-013847-O

_____

ERNEST EMORY DUBLIN, JR.,

Appellant,

v.

NICOLE L. AYERS and DEPARTMENT OF REVENUE,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Elizabeth J. Gibson, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Ernest Emory Dublin, Jr., Apopka, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for Appellee Department of Revenue.

No appearance for Appellee, Nicole L. Ayers.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED